IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| FLOGISTIX LP, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 2:20-CV-292-Z-BR |
| DAVID ABSHIRE et al., | § § § | |
| Defendants. | § | |

## ORDER TO OBTAIN LOCAL COUNSEL

Local Rule 83.10(a) requires the appearance of local counsel where counsel of record for a party does not reside or maintain a principal office in this District.[1]  Accordingly, within **twenty-one (21) days** of this Order, each party who is required to obtain local counsel shall file the entry of appearance of local counsel satisfying the requirements of Local Rule 83.10(a).  Any party entering an appearance after the date of this Order who is required to obtain local counsel shall have **twenty-one (21) days** from the entry of such appearance to secure local counsel and file the entry of appearance of counsel satisfying the requirements of Local Rule 83.10(a).

A plaintiff's failure to do so may result in a recommendation by the undersigned to the District Judge for dismissal without prejudice of this case without further notice.  A defendant's failure to do so may subject the defendant to a recommendation by the undersigned to the District Judge for entry of default judgment without further notice.

IT IS SO ORDERED.

ENTERED April 1, 2021.

LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE

---

[1] *See* N.D. Tex. Civ. R. 83.10(a). However, attorneys appearing on behalf of the United States Justice Department or the Attorney General of the State of Texas are not subject to the local counsel requirement.  *See* N.D. Tex. L. Civ. R. 83.11.